874

No. 348. RAINER *v.* UNITED STATES. Court of Claims. Certiorari denied. *Carl L. Shipley, Alex Akerman, Jr.* and *Samuel Resnicoff* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert S. Green* for the United States.

No. 352. BEARD ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Carlos J. Badger* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Davis W. Morton, Jr.* for the United States.

No. 353. RESERVE LIFE INSURANCE Co. *v.* NORTH. C. A. 4th Cir. Certiorari denied. *Stephen Ailes* for petitioner. *Charles P. Green* for respondent.

No. 355. CHARLES H. TOMPKINS Co. ET AL. *v.* LLOYD E. MITCHELL, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *O. P. Easterwood, Jr.* and *Alan Johnstone* for petitioners. *Joseph Bernstein* for Lloyd E. Mitchell, Inc., and *Nicholas J. Chase* for Harry Alexander, Inc., et al., respondents.

No. 187. DEEN *v.* GULF, COLORADO & SANTA FE RAILWAY Co. Petition for writ of certiorari to the Supreme Court of Texas denied in view of the order entered this day in *Deen v. Hickman, ante,* p. 57. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *David C. McCord* and *Robert Lee Guthrie* for petitioner. *Luther Hudson* for respondent.